In the Matter of the Judicial Settlement of the Account of SIDNEY L. ROWLAND et al., as Executors of THOMAS R. EVERETT, Deceased, Respondents; ROBERT J. SHADBOLT, Appellant.

*Matter of Rowland,* 55 App. Div. 66, affirmed.
(Argued April 16, 1901; decided April 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made November 23, 1900, which affirmed an order of the Surrogate's Court of Kings county directing the appellant herein to restore to the executors of Thomas R. Everett, deceased, a sum of money taken from the estate and retained by him by virtue of a claim to a lien thereon for his services as attorney for such executors.

*William L. Mathot* for appellant.

*Francis S. Williams* and *Stephen B. Jacobs* for respondents.

Order affirmed, with costs, on opinion below.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.